FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

FEB - 9 2015

CHRISTOPHER A. PRINE
CLERK

03 February 2015

Mr. Christopher A. Prine
Clerk of the Court
Court of Appeals, First District
301 Fannin St
Houston, Tx 77002-2066

RE: GERALD E. GILBERT v TDLJ, et al, and U.T.M.B., et al
    Court of Appeals Cause No. 01-14-00795-CV
    Trial Cause No. 76482-I
    Brief For Appellant

Dear Mr Prine:

Thank you for your prompt response regarding my January 26, 2015 communication you received on January 29, 2015 that was generally in reference to my direct appeal, but more specifically the fact that this prison's mailroom supervisor stated in an I-60 my brief was mailed 01·07·15 and your "white card" stated my brief was filed 01·08·15, or one (1) day after it was allegedly placed in U.S. mail service.

Your response failed to answer my most important and more specific questions contained in my January 07, 2015, and those in the January 26, 2015 letter(s) that asked:
  1. did the court receive the evidence of the conspiracy by

Combination omitted from the Clerk's Record I submitted in my Appendix A, as exhibits A, B, C, F, G, H, I, and J, see copy of 01-04-15 letter attached;

2. Whether my brief was or appeared to be altered in any of the following ways
   (a) handwriting different on any page;
   (b) pages missing;
   (c) content incoherent; and

3. If my brief was faxed or emailed to you, the only logical and reasonable explaination for you receiving mail from this county to Harris County in one (1) day, that would be a podictic proof that my so called "PRIVILEGED LEGAL MAIL" is and has been tampered with.

The improper forum change, filing my complaint in the 412th district court, rather than the 23rd district court it was addressed to, the 34 days that lapsed from the time it was placed in Indigent supplies for postage before it was stamped filed, Brazoria County's District Clerk's attempt to say I'm crazy and don't know where I filed my work, and being wrongfully convicted of a crime I didn't commit, there is no confidence left that persons in this prison or the judicial system, or law enforcement are honorable, varacious, or play by their own rules, or federal law.

Please forgive my persistence, but it is absolutely necessary in this situation. I am not secure in knowledge or confident in my controlled and restricted minority status and position, that the State and its' actors are not continuing the conspiracy.

I would sincerely appreciate confirmation (i.e. copies of what the Court has to review) the Court is in possession of exactly the documents I submitted for their review.



Respectfully

U.S. Citizen

Enclosures: 01.07.15 Letter to Christopher A, Prine

CC. R. Ellis
    S. A. R

FILED IN
**1ST COURT OF APPEALS**
HOUSTON TEXAS

FEB - 9 2015

CHRISTOPHER A. PRINE

CLERK _____

07 January 2015.

Mr. Christopher A. Prine
Clerk of the Court
Court of Appeals First District
301 Fannin St.
Houston, Tx 77002-2066

Re: Gerald E. Gilbert v T.D.C.J., et al and U.T.M.B. et al
Court of Appeals Cause No. 01-14-00895-CV
Trial Cause No. 76482-I
Brief for Appellant

Dear Mr. Prine:

My Brief for Appellant was completed and ready for mail on 01-05-15. I signed and dated it for 01-07-15 in anticipation of Law Library's dilatory procedures. I was in the law library (Ramsey 1 unit) at approximately 12:15pm under authority of Aurora Leechr to use their large stapler to bind the brief. I asked Leechr at 12:30pm 01-05-15 if I could please get the Writ envelopes and mail my legal documents. She replied, "No the layin has already been submitted, and we'll just wait until tomorrow 01-06-15."

On 01-06-15 I was laid in for the 7:45am regular session, and submitted an I-60 (request form) at 7:50am for extra time to extend my session an add-

itional hour (9:45-10:45am), and a layin for 10:45 am for them to give me the writ envelopes I needed to mail the brief to the court, and the defendants representatives. See attached layins. This effectively delayed "my" "Privileged Legal Mail" that is not suppose to be delayed at all, a day and maybe more, unnecessarily.

Because of their direct access to my "Privileged Legal Mail," Liech, Law Library Supervisor and Dinah Gomez, Mailroom Supervisor, and Warden Mossbarger, a potential combination that may have commandeered my Original Complaint addressed to the 23rd district court, and re-directed it to the 412th district court, may have intercepted my brief and going through it. The handwriting on the envelope will be different from the samples of mine you have, if they did. That's assuming the correspondence I've sent to you, actually reached you. And I am concerned that the combination may have remove parts of appendix A evidence exhibits that were absent from the clerk's record, and have not amid my complaints and request, still ~~have not~~ been produced. Or the content of the brief may have been changed, as the Brazoria County District Clerk and that potential combination did in changing my forum choice improperly.

The following is a list of the evidence exhibits I submitted with my Brief for Appellant.

1. exhibit A 05 February 2014 cover letter to Mary Peck Schubert of the 23rd district court regarding filing my original complaint, citation, with Secretary of State, and TDCS, and L.I.M.B. that was submitted with the original complaint absent from clerk's records;
2. exhibit B 06 February 2014 letter to Mary Peck-Schubert to add motion for Preliminary Injunction to complaint, additional evidence of where I original filed my complaint and choice of forum;
3. exhibit C. I-60, 03-07-014 regarding Legal Mail "no record" of;
4. exhibit F 11 April 2014 To Rhonda Barchak, inter alia, "please send me whatever document that was issued, ordered, and filed that changed venues from 23rd district court to the 412th district court;
5. exhibit G. 15 April 2014 letter to "The Honorable Ben Harding, Judge"

regarding my Original Complaint being filed in his court, difficulty experienced with a Republican Judge during criminal trial, an inter alia fact that I did not request a change of venue.

* 6. exhibit H April 28, 2014 letter from Rhonda Barchak proclaiming * "your case was initially filed in the 412th District Court, and not the 23rd District Court, there was not a document that was issued, ordered or filed that changed venues, that was filed in this case"

7. exhibit I, 30 June 2014 letter to W. Edwin Dorman why my forum choice was changed, and issue preliminary injunction and if he didn't the case must have been switch to his court by combination to ensure it would not see the light of day" CR. 189-191

8. exhibit J, Offender Brace and Limb Pass for back brace issued for my back injury.

If any of this is missing my point is apodictically proven, and it was deliberate and wanton.

Please inform me if any of the above mentioned duplicitous unscrupulous acts and omissions of legerdemain has occurred, and those documents are missing. I have the originals and the court needs them for review in this case.

Respectfully submitted

Gerald G. Gilbert
U. S. Citizen

cc: SAR
    RE

Mr Gerald Gilbert
1234, 206 4-1-6B
Ramsey I unit
1100 FM 655
Rosharon, TX 77583

LEGAL MAIL

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS
FEB - 9 2015
CHRISTOPHER A. PRINE
CLERK

LEGAL MAIL

NORTH HOUSTON

05 FEB 2015

Mr Christopher A. Prine
Clerk of the Court
Court of Appeals, First District
301 Fannin St.
Houston, Texas 77002-2066

7700220668-99

LEGAL MAIL